## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

OCT 2 7 2011

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          vs.<br><br>ARTURO DOMINGUEZ-MORALES,<br><br>                     Defendant. | CASE NO.  11CR40  -JM<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

 X   an indictment has been filed in another case against the defendant and
     the Court has granted the motion of the Government for dismissal of
     this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal,
     without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of
     acquittal; or

____ a jury has been waived, and the Court has found the defendant not
     guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) as charged in the Indictment/Information:

     Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the

     United States (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 27, 2011

                                    _____
                                    Cathy Ann Bencivengo
                                    U.S. Magistrate Judge